# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-2652
L.T. Case No. 2020-101452-CFDL

_____

MYESHA WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth Ann Blackburn, Judge.

Brett S. Chase, of Chase Law Florida, P.A., St. Petersburg, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel Anthony Perrone, Assistant Attorney General, Daytona Beach, for Appellee.

July 16, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____